Joseph Holstein, David Frank and Hilda Kahn, Respondents, v. Pacific Finance Corporation, Leo Ritter and Leonard Saunders, Appellants, and Sidney Ritter, Defendant.— Order denying motion for an order directing severance of alleged causes of action, including service by each plaintiff of a separate complaint, affirmed, with ten dollars costs and disbursements. Appellants' time to answer extended until ten days from the entry of the order hereon. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.